IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERICK LAWSON | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv104 |
| WILLIAM STEPHENS, ET AL. | § | |

ORDER

Pending before the court is plaintiff's motion for a copy of the complaint (docket entry no. 27). Plaintiff requests to be provided a copy of his original complaint so he may seek relief in the United States District Court for the Northern District of Texas. After due consideration, the court is of the opinion that same should be granted. It is therefore

**ORDERED** that plaintiff's motion for a copy of the original complaint is **GRANTED**. The Clerk of Court is **DIRECTED** to copy and forward to plaintiff a copy of his original complaint and any attachments (docket entry no. 1) submitted in the above-styled action. Accordingly, it is

**ORDERED** that plaintiff's motions for reconsideration (docket entry nos. 24, 25, and 26) are deemed **WITHDRAWN**.

SIGNED this 13th day of March, 2017.

_____
Zack Hawthorn
United States Magistrate Judge