IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ERICK LAWSON | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv104 |
| WILLIAM STEPHENS, ET AL. | § | |

### MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Erick Lawson, formerly an inmate at the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the defendant's motion to dismiss be granted and plaintiff's action be dismissed with prejudice. Additionally, the Magistrate Judge recommended that the exercise of supplemental jurisdiction be declined.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. For the reasons set forth in the Report, the defendant's motion to dismiss should be granted. Additionally, while plaintiff argues in his objections that his claims state a cognizable cause of action

pursuant to State law, supplemental jurisdiction will be declined because all claims over which this court has original jurisdiction are dismissed.

## O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the Report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that the defendant's motion to dismiss is **GRANTED**. It is further

**ORDERED** that the exercise of supplemental jurisdiction is **DECLINED**. Accordingly, plaintiff's complaint will be dismissed with prejudice. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **23** day of **March, 2020.**

_____
Thad Heartfield
United States District Judge